UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $95,240.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant. | No. 1:17-mc-00030-DAD<br><br>ORDER GRANTING STIPULATION AND EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE OR OBTAINING AN INDICTMENT ALLEGING FORFEITURE<br><br>(Doc. No. 3) |

　　　　On July 11, 2017, the government and claimant Raymond Richardson filed a stipulation requesting that the court extend the deadline by which the government is required to file a civil complaint for forfeiture against the Approximately $95,240.00 in U.S. Currency (the "defendant currency") or to obtain an indictment alleging that the defendant currency is subject to forfeiture. (Doc. No. 3).

　　　　Good cause having been shown and pursuant to the parties' stipulation, the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant

/////

/////

/////

/////

1

1 currency or to obtain an indictment alleging that the defendant currency is subject to forfeiture
2 shall be extended to **August 14, 2017**.

IT IS SO ORDERED.

Dated: **July 13, 2017**

_____
UNITED STATES DISTRICT JUDGE